IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-cr-00523-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORDER

LAWRENCE JAMEL USHER,

    Defendant.

---

This matter comes before the court on the Defendant's Consent Motion to Seal [DE 35]. Pursuant to Local Criminal Rule 55.2 and for good cause shown, the motion is GRANTED as follows. The Clerk of the Court shall maintain under seal the document at DE 34 until further order of this court. Copies of the sealed document may be provided to counsel for the parties at their requests.

SO ORDERED this 25th day of August, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE